UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FLOYD SHEGOG, )
)
       Plaintiff, )
)
vs. ) Case No. 4:08-CV-521 AGF
)
LOWE'S, )
)
       Defendant. )

### ORDER

This matter is before the Court upon the application of Floyd Shegog for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 25th day of April, 2008.

                                               *Audrey G. Fleissig*
                                               AUDREY G. FLEISSIG
                                               UNITED STATES MAGISTRATE JUDGE